S95A1700. FOWLER v. KNEBEL et al.
(467 SE2d 177)

HINES, Justice.

We granted this discretionary appeal to consider the constitutionality of Georgia's "Grandparent Visitation Statute," OCGA § 19-7-3. However, after granting the appeal, this Court decided the issue in a case already pending before us. *Brooks v. Parkerson*, 265 Ga. 189 (454 SE2d 769) (1995). In *Brooks*, we determined that "[t]he statute . . . is unconstitutional under both the state and federal constitutions because it does not clearly promote the health or welfare of the child and does not require a showing of harm before state interference is authorized." Id. at 194. Accordingly, we reverse the trial court's order granting grandparent visitation rights based on OCGA § 19-7-3, and remand this case to the trial court for disposition in accord with our

holding in *Brooks*.

*Judgment reversed and case remanded with direction. All the Justices concur, except Benham, C. J., and Hunstein, J., who dissent.*

BENHAM, Chief Justice, dissenting.

For the reasons outlined in my dissent in *Brooks v. Parkerson*, 265 Ga. 189 (454 SE2d 769) (1995), I respectfully dissent from the majority's determination that the trial court erred when it authorized four weekend visits per year between the paternal grandparents and the child.

I am authorized to state that Justice Hunstein joins in this dissent.

DECIDED MARCH 4, 1996.

*John B. Cloy, William W. West,* for appellant.
*Michael J. Bowers, Attorney General, Almond & Ruffin, J. V. Dell, Jr.,* for appellees.